IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

INTERCARRIER COMMUNICATIONS LLC,
    Plaintiff,

v.                                                         Civil Action No. 3:12-cv-776-JAG

WHATSAPP INC.,
    Defendant.

## ORDER

This matter comes before the Court on the defendant's motion to dismiss. (Dk. No. 20.) For the reasons set forth in the accompanying Memorandum Opinion, the Court GRANTS WhatsApp Inc.'s motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and DISMISSES the case WITHOUT PREJUDICE.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: September 12, 2013
Richmond, VA

/s/                 
John A. Gibney, Jr.
United States District Judge